# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:18-cv-00260-MR-DLH

| | |
|---|---|
| ROBERT V. WILKIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HOMESITE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff initiated this action on September 12, 2018 by filing a Complaint. The Plaintiff failed, however, to pay the required filing fee or file an application to proceed without payment of fees and was so notified by the Clerk. On September 24, 2018, the Plaintiff filed an Application to proceed *in forma pauperis*. [Doc. 4]. On September 25, 2018, the Court denied the Plaintiff's Application and gave the Plaintiff thirty (30) days to file an amended Application or pay the required filing fee for this action. [Doc. 5].

On October 26, 2018, the Plaintiff filed an Amended Application to proceed *in forma pauperis*. [Doc. 6]. On November 6, 2018, the Court denied the Plaintiff's Amended Application and gave the Plaintiff another thirty (30) days to file an amended Application or pay the required filing fee

for this action. [Doc. 7]. In the Order, the Court warned the Plaintiff that failure to file an Amended Application or pay the required filing fee within thirty (30) days of the entry of the Order would result in the dismissal of this action. [Id.].

More than thirty (30) days have now passed since the entry of the Court's Order denying the Plaintiff's Amended Application, and the Plaintiff has failed to file an Amended Application or pay the filing fee as required.[1]

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Signed: December 12, 2018

Martin Reidinger
United States District Judge

---

[1] On November 30, 2018, the Clerk's Office received an incomplete document from the Plaintiff, consisting of a signature page and a certificate of service for a "foregoing Motion[s] and all Motions attached or accompanied." [Doc. 8]. No motion, however, was attached. In any event, this filing does not appear to relate to any application to proceed *in forma pauperis*. Therefore, the Court will not address this filing any further.